IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANDRE HARRIS, an individual, <br> ANDRE SMITH, an individual, <br> EDWARD CLARK, an individual, <br> MAURICE HENRY, an individual, <br> MICHAEL ANDERSON, an individual, <br> SHERMAN PETERSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and <br> COMCAST CABLE <br> COMMUNICATIONS MANAGEMENT, <br> LLC, <br><br> Defendants. | Case No. 15-cv-7611 |

## ORDER OF DISMISSAL

Upon consideration of the Parties' Joint Motion for Dismissal with Prejudice, it is hereby ORDERED that the Motion is GRANTED as follows: (1) based upon the Court's *in camera* review of the settlement agreement between Plaintiff Edward Clark and Comcast Cable Communications Management LLC, the settlement is approved; and (2) the claims of Plaintiffs Andre Harris, Andre Smith, Edward Clark, Maurice Henry, Michael Anderson, and Sherman Peterson, including any claims that were alleged or could have been alleged against Defendants Comcast Corporation and Comcast Cable Communications Management LLC, are dismissed WITH PREJUDICE.

Dated: March 16, 2016.

By: _____
Honorable Sara Ellis
United States District Court Judge

DB1/ 86787260.1